1  BRENDAN CONROY CSB 114726
   Attorney at Law
2  255 Kansas St. Ste. 340
   San Francisco, CA 94103
3  415-565-9600
   415-565-9601
4
   Attorney for Defendant
5  McPHERSON

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10 UNITED STATES OF AMERICA,              NO. CR- 08-0896 MHP

11         Plaintiff,                     **STIPULATION AND [PROPOSED]**
                                          **ORDER**
12     v.

13 MICHAEL McPHERSON,

14         Defendant.
   _____/
15
       The parties hereby stipulate that the setting/status conference in this matter, a violation of
16
   supervised release conditions, currently set for October 18, 2010 at 10:00 a.m., may be continued to
17
   October 25, 2010 at 10:00 a.m.
18
       The reason for the continuance is that 1) current counsel for defendant was appointed on
19
   October 6, 2010, and already has an evidentiary hearing set in another jurisdiction on October 25,
20
   2010, so cannot appear at the date and time set for this matter; and 2) counsel for defendant has been
21
   informed by the United States that the defendant herein has been indicted on the same facts that form
22
   the basis of the supervised release violation alleged herein. The defendant has not yet been arraigned
23
   on those charges, but it is hoped that the arraignment will be also be accomplished on October 25,
24
   2010, and that all pending matters well then be before this court.
25

26

27

28                                          1

1  Date_____

2

3

4  __/s/_____
   BRENDAN CONROY
5  Attorney for Defendant

6

7  __/s/_____
   BENJAMIN TOLKOFF
   Assistant United States Attorney
8

9

10

11      GOOD CAUSE APPEARING, the setting/status conference in this matter is continued from

12 October 18, 2010 at 10:00 a.m to October 25, 2010 at 10:00 a.m.

13 Date_10/18/2010_____

14

15                                          _____
                                            IT IS SO ORDERED
16                                          UNITED STATES DISTRICT COURT
                                            Judge Marilyn H. Patel
17

18

19

20

21

22

23

24

25

26

27

28

                                     2